Nora Manning, as Executrix, etc., of Jeremiah C. Manning, late of Keese-

---

* See *Harris* v. *Combs* (*ante*, p. 975).—[Rep.

ville, Essex County, New York, Deceased, Respondent, v. Mary J. Grant, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.